UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENJAMIN RAMEY, | ) ) ) | |
| Plaintiff *Pro Se*, | ) ) | Civil Action No.: 1:08-cv-00304 (RJL) |
| | ) ) ) | |
| TAFT KELLY, | ) ) | |
| Defendant. | ) ) | |

**MOTION TO WITHDRAW NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant Taft Kelly, through the undersigned attorneys, hereby files this Motion to Withdraw his Notice of Removal filed on February 22, 2008.  As grounds for this motion, Defendant states that he filed a Notice of Removal without knowing that the Superior Court had, sua sponte, previously dismissed this case.  After filing the Notice of Removal, Defendant learned that the Superior Court dismissed this case on February 15, 2008.  See Exhibit 1 (Superior Court Docket, Ramey v. Department of Transportation, 2007 CA 007601 B) and Exhibit 2 (Superior Court Order Denying Plaintiff's Motion for Judgment on the Pleadings and Dismissing the Complaint without Prejudice for Lack of Jurisdiction).  Accordingly, Defendant respectfully requests that this Court grant Defendant's Motion to Withdraw his Notice of Removal and dismiss this case from its docket as moot.

February 28, 2008.                    Respectfully Submitted,


                                                                                       /s/
_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


                                                                                       /s/
_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


                                          /s/
_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

CERTIFICATE OF SERVICE

I certify that on February 28, 2008, I caused copies of the foregoing Motion to Withdraw

Notice of Removal of Civil Action to be served by first class mail upon:

Benjamin Ramey
4251 Clay Street, N.E.
Washington, D.C. 20019

Taft Kelly
Division Administrator
Department of Transportation
1120 Vermont Avenue, N.W.
Washington, D.C. 20006


/s/
ALEXANDER D. SHOAIBI, DC Bar #423587
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMIN RAMEY, | ) | |
| | ) | |
| Plaintiff *Pro Se*, | ) | |
| | ) | Civil Action No.: 1:08-cv-00304 (RJL) |
| | ) | |
| | ) | |
| TAFT KELLY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### **ORDER**

Upon consideration of Defendant's Motion to Withdraw his Notice of Removal and any opposition thereto, it is hereby

**ORDERED** that Defendant's Motion to Withdraw his Notice of Removal be GRANTED, and it is

**FURTHER ORDERED** that this case is dismissed from the docket of this Court.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2008.

Copies to:

Alexander D. Shoaibi
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530

Benjamin Ramey
4251 Clay Street, N.E.
Washington, D.C. 20019

Taft Kelly
Division Administrator
Department of Transportation
1120 Vermont Avenue, N.W.
Washington, D.C. 20006

| 2007 CA 007601 B RAMEY, BENJAMIN Vs. DEPARTMENT OF TRANSPORTATION |
|---|

| File Date | 11/15/2007 | Case Status | Closed | Case Status Date | 11/15/2007 |
|---|---|---|---|---|---|
| | | Case Disposition | Dismissed by Court | Case Disposition Date | 02/15/2008 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| RAMEY, BENJAMIN | | PLAINTIFF | PRO SE | |
| DEPARTMENT OF TRANSPORTATION | | Defendant | | |

### Docket Entries

| Date | Text |
|---|---|
| 02/22/2008 | Additional eFiling Document to Notice of Filing Notice of Removal of a Civil Action Filed submitted 02/22/2008 16:30 wjw. Attorney: SHOAIBI, Mr. ALEXANDER D (423587) |
| 02/22/2008 | Notice of Filing Notice of Removal of A Civil Action Filed submitted 02/22/2008 16:30 wjw. Attorney: SHOAIBI, Mr ALEXANDER D (423587) |
| 02/15/2008 | proof of service on orde denying plaintiff's motion for judgment on the pleadings and dismissing the complaint without prejudice for lack of jurisdiction submitted. 02/15/2008 11:59. plt. signed by J/Ronna Lee Beck, 02/15/08 |
| 02/15/2008 | Order Dnying Plaintiff's Motion for Judgment on the Pleadings and Dismissing the Compaint without perjudice for lack of Jurisdiction submitted. 02/15/2008 11:59. plt. signed by J/Ronna Lee Beck 02/15/08 |
| 02/15/2008 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 03/07/2008 at 9:30 am has been resulted as follows: Result: Event Cancelled Judge: BECK, RONNA L Location: Courtroom 518 |
| 02/15/2008 | Order Denying Motion for Judgment on the Pleadings and Dismissing the Complaint Without Prejudice for Lack of Jurisdiction Entered on the Docket. Signed by Jduge Beck on 2/14/08. Efiled and Docketed on 2/15/08. Copies mailed from chambers to Plaintiff and Defendant on 2/15/08. img |
| 01/17/2008 | Motion for Judgment on the Pleading Filed Attorney: PRO SE (999999) BENJAMIN RAMEY (PLAINTIFF); |
| 11/20/2007 | Proof of Service Method : Service Issued Issued : 11/16/2007 Service : Summons Issued Served : 11/15/2007 Return : 11/20/2007 On : DEPARTMENT OF TRANSPORTATION Signed By : Betty Watson Reason : Proof of Service Comment : Tracking #: 5000038578 |
| 11/20/2007 | Affidavit of Service of Summons & Complaint on DEPARTMENT OF TRANSPORTATION (Defendant); |
| 11/16/2007 | Issue Date: 11/16/2007 Service: Summons Issued Method: Service Issued Cost Per: $ DEPARTMENT OF TRANSPORTATION 1120 Vermont Avenue NW WASHINGTON, DC 20006 Tracking No: 5000038578 |
| 11/15/2007 | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket Signed by J/Abrecht on 11/14/07 |
| 11/15/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 03/07/2008 Time: 9:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Event Cancelled |
| 11/15/2007 | Motion to Proceed In Forma Pauperis Filed Attorney: PRO SE (999999) |
| 11/15/2007 | Complaint for Deceit (Misrepresentation) Filed |



GOVERNMENT EXHIBIT 1

Filed
D.C. Superior Court
08 Feb 15 A11:59
Clerk of Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| BENJAMIN RAMEY, ) | CASE NO.  2007 CA 7601 |
| ) | |
| Plaintiff, ) | CALENDAR 8 |
| ) | |
| vs ) | JUDGE RONNA LEE BECK |
| ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSING THE COMPLAINT WITHOUT PREJUDICE FOR LACK OF JURISDICTION

Before the court is Plaintiff's Motion for Judgment on the Pleadings against Defendant the United States Department of Transportation. ("the DOT"). (In the caption of the Complaint, Plaintiff lists Talf Kelly, Division Administrator of the DOT, as Defendant, but in his affidavit of service and in his motion, the DOT is named as the defendant, which appears to be Plaintiff's intention.)  There are fundamental flaws with this case and this motion, including the following:

1. The affidavit of service that was filed does not provide information on the basis of which the court can conclude that the person who received the summons and complaint was authorized to accept service for the Department of Transportation or Mr. Kelly; and

2. The motion does not indicate that a copy of the motion was served on the Department of Transportation or Mr. Kelly.

For these reasons, the motion for judgment on the pleadings will be denied.

But there is a more fundamental problem with Plaintiff's case:  This court does not have jurisdiction to hear it.  Plaintiff is seeking money damages and appears to allege that the U.S. Department of Transportation committed a tort.  Under the Federal Torts Claims Act, the United States District Court has exclusive jurisdiction of civil actions on claims against


GOVERNMENT EXHIBIT

the United States for money damages. See 28 U.S.C. §1346.[1] Thus, the action in this court must be dismissed.

For the foregoing reasons, it is this 14th day of February, 2008, hereby

**ORDERED** that the motion for judgment on the pleadings is **DENIED**;

**FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

*Ronna Lee Beck*

------------------------------
**JUDGE RONNA LEE BECK**
(Signed in Chambers)

**Copies mailed from chambers to:**

Benjamin Ramey
4251 Clay Street NE
Washington, DC  20019
*Plaintiff, Pro Se*

Department of Transportation
1120 Vermont Avenue NW
Washington, DC  20006

---

[1] Similarly, if Mr. Kelly were the intended defendant, it appears from the Complaint that the conduct about which Plaintiff complains was conduct within the scope of Mr. Kelly's employment at the DOT. Again, the court that would have jurisdiction over the case would be the U.S. District Court. See 28 U.S.C. §2679.